**Hakim Abdus SALAAM, Petitioner**

v.

**Judge Leon TUCKER First Judicial District of Pennsylvania Philadelphia Court of Common Pleas, Wells Fargo Home Mortgage, Phelan Hallinan Diamond and Jones, Mark Pfeiffer, et. al, Respondents**

**No. 63 EM 2017**

Supreme Court of Pennsylvania.

May 26, 2017

### ORDER

PER CURIAM

**AND NOW**, this 26th day of May, 2017, the Emergency Petition for Writ of Prohibition is hereby **DENIED**.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Andrew Scott PETERS, Petitioner**

**No. 528 WAL 2016**

Supreme Court of Pennsylvania.

May 30, 2017

### ORDER

PER CURIAM

**AND NOW**, this 30th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.

**ENTERPRISE RENT–A–CAR COMPANY OF PITTSBURGH, LLC, Respondent**

v.

**Todd KOGER, Petitioner**

**No. 512 WAL 2016**

Supreme Court of Pennsylvania.

May 30, 2017

### ORDER

PER CURIAM

**AND NOW**, this 30th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.